JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALBERTO RODRIGUEZ,<br><br>           Petitioner,<br><br>     v.<br><br>W. MONTGOMERY, Warden,<br><br>           Respondent. | Case No. 8:19-cv-02093-JGB (SP)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:  March 28, 2022

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE